UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>PETER GHAVAMI;                              )<br>GARY HEINZ; and                             )<br>MICHAEL WELTY,                            )<br>)<br>           Defendants.                             )<br>_____ ) | No. 1:10-cr-01217-KMW |

## MOTION FOR *PRO HAC VICE* ADMISSION OF PRESTON BURTON

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Preston Burton, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for defendant Michael Welty in the above-captioned action. My full legal name is Thomas Preston Burton, however I do not use my first name professionally.

I am a member in good standing of the Bars of the District of Columbia and Virginia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 6, 2012
Washington, D.C.

Respectfully submitted,

*/s/ Preston Burton*
Preston Burton
Poe & Burton PLLC
The Executive Building
1030 15th Street, N.W., Suite 580 West
Washington, D.C. 20005
Telephone: (202) 583-2500
Fax: (202) 583-0565
pburton@poeburton.com



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**PRESTON BURTON**

was on the 7TH day of JANUARY, 1991 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 30, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **THOMAS PRESTON BURTON** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. BURTON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 1989**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued June 1, 2012

*[signature]*
KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| - against - ) | No. 1:10-cr-01217-KMW |
| ) | |
| PETER GHAVAMI; ) | |
| GARY HEINZ; and ) | |
| MICHAEL WELTY ) | |
| ) | |
| Defendants. ) | |
| ) | |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

The motion of Preston Burton for admission to practice Pro Hac Vice in the above-captioned action is granted.

Mr. Burton has declared that he is a member in good standing of the Bars of the District of Columbia and the State of Virginia, and that his contact information is as follows:

>Preston Burton
>Poe & Burton PLLC
>The Executive Building
>1030 15th Street, N.W., Suite 580 West
>Washington, D.C. 20005
>Telephone: (202) 583-2500
>Fax: (202) 583-0565
>pburton@poeburton.com

Mr. Burton having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant Michael Welty in the above-captioned action, IT IS HEREBY ORDERED that Mr. Burton is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: June [ ], 2012
New York, New York

_____
United States District Judge Kimba M. Wood

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2012, I caused true and correct copies of the MOTION FOR *PRO HAC VICE* ADMISSION OF PRESTON BURTON with accompanying exhibits to be served on the following counsel through U.S. Mail:

Kalina M. Tulley
Jennifer M. Dixton
U.S. Department of Justice, Antitrust Division
Midwest Field Office
Rookery Building
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604

Michelle Ofner Rindone
John Van Lonkhuyzen
Eric C. Hoffmann
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, New York 10278

Charles A. Stillman
James A. Mitchell
Erik M. Zissu
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022

Marc L. Mukasey
Jonathan N. Halpern
Philip J. Bezanson
Bracewell & Giuliani
1251 Avenue of the Americas
49th Floor
New York, NY 10020

Dated: June 8, 2012
Washington, D.C.

_____
Allison Purow