```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   09 CR 507-01 (KMW)
        -against-                   :
                                    :   ORDER
LAVETTE BILLS                       :
                                    :
        Defendant                   :
                                    :
------------------------------------X

KIMBA M. WOOD, United States District Judge:

ORDERED that the defendant's bail be modified to include mental health counseling.

Dated: New York, New York
       June 12, 2012

                              SO ORDERED  6-14-12

                              _____
                              KIMBA M. WOOD
                              United States District Judge