**Criminal Notice of Appeal - Form A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 5 2013

# NOTICE OF APPEAL

**United States District Court**

Southern           District of New York

Caption:

United States of America , v.

Michael D. Welty

Docket No.: 1:10-CR-01217-KMW-3

Judge Kimba M. Wood

(District Court Judge)

Notice is hereby given that Michael D. Welty appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔ , other ✔ and amended judgment

(specify)

entered in this action on August 2 and 8, 2013

(date)

This appeal concerns: Conviction only [ ✔ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [ ]   trial [ ✔ ]   N/A [ ]   .

Offense occurred after November 1, 1987?   Yes [ ✔ ]   No [ ]   N/A [

Date of sentence: July 24, 2013          N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [ ]   N/A [ ✔ ]

Appellant is represented by counsel?  Yes ✔ ] No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Gregory L. Poe |
| Counsel's Address: | Poe & Burton PLLC |
| | 1030 15th St., N.W., Suite 580 West, Washington, D.C. 20005 |
| Counsel's Phone: | 202-583-2500 |
| Assistant U.S. Attorney: | Kalina M. Tulley, U.S. Dept of Justice, Antitrust Division |
| AUSA's Address: | 209 S. Lasalle Street, Suite 600 |
| | Chicago, IL 60604 |
| AUSA's Phone: | 312-353-3615 |

Gregory L. Poe/RWS

Signature